## Commonwealth ex rel. Tomarchio, Appellant, v. Tomarchio.

Argued December 8, 1970. *Charles P. Mirarchi, Jr.,* with him *Mirarchi, DeFino & Coppolino,* for appellant; *Anthony Della Porta,* for appellee.

Order affirmed.

## Diamond Lumber Company, Inc., Appellant, v. Hartford Accident and Indemnity Co.

Argued December 8, 1970. *Arthur H. Kaplan,* with him *Ostroff & Lawler,* for appellant; *Kenneth M. Cushman,* with him *Pepper, Hamilton & Scheetz,* for appellee.

Order affirmed.

## Dittler Brothers, Inc. v. Brunswick, Appellant.

Argued December 7, 1970. *Joseph Cygan,* with him *Vincent A. Cirillo,* for appellant; *Ronald I. Rosenstein,* for appellee.

Order affirmed.